**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    : No. 52 MAL 2022
                                       :
             Respondent              :
                                         : Petition for Allowance of Appeal
                                         : from the Order of the Superior Court
             v.                        :
                                         :
GERALD TRAVIS BUTERBAUGH,     :
                                         :
             Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.

       Justice Wecht did not participate in the consideration or decision of this matter.